1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ROBERT SHERRICK
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        ) NO. CR-S-05-304-FCD
10                                   ) NO. CR-S-05-305 FCD
                  Plaintiff,         )
11                                   ) **AMENDED**
        v.                           ) STIPULATION AND ORDER
12                                   )
   ROBERT SHERRICK, and              )
13 BRUCE SHERRICK,                   ) Date:  May 8, 2006
                                     ) Time:  9:30 a.m.
14                                   ) Judge: Frank C. Damrell Jr.
                  Defendant.         )
15
   _____
16

17

18      ROBERT SHERRICK, by and through his counsel, Caro Marks, Assistant

   Federal Defender, BRUCE SHERRICK, by and through his counsel, Michael
19
   Aye, and the United States Government, by and through its counsel,
20
   Laura Ferris, Assistant United States Attorney, hereby stipulate and
21
   agree to vacate the previously scheduled Status Conference Date of
22
   April 10, 2006 and re-set the status conference date to May 8, 2006 at
23
   9:30 a.m.
24
        Defense counsel has provided a hard drive to the government for a
25
   copy of the computer images in this case.  Assistant U.S. Attorney
26
   Laura Ferris is currently in trial has needs additional time to have
27
   the hard drive copied.  Once the copy is returned to defense counsels
28

1  they will need to review it together and with their clients.

2      It is further stipulated and agreed between the parties that the

3  period beginning April 10, 2006 to May 8, 2006, should be excluded in

4  computing the time within which the trial of the above criminal

5  prosecution must commence for purposes of the Speedy Trial Act for

6  defense preparation.  All parties stipulate and agree that this is an

7  appropriate exclusion of time within the meaning of Title 18, United

8  States Code, Section 3161(h)(8)(iv) (Local Code T4).

9                                     Respectfully submitted,

10                                    DANIEL BRODERICK
                                      Acting Federal Defender
11
                                      /s/ Caro Marks
12                                    _____
                                      CARO MARKS
13                                    Assistant Federal Defender
                                      Attorney for Defendant
14                                    ROBERT SHERRICK

15                                    /s/ Michael Aye
                                      Attorney at Law
16                                    Attorney for Defendant
                                      BRUCE SHERRICK
17
Dated: April 7, 2006
18
                                      MCGREGOR SCOTT
19                                    United States Attorney

20
                                      /s/ Laura Ferris
21                                    _____
                                      LAURA FERRIS
22                                    Assistant U.S. Attorney

23
                               **ORDER**
24
**IT IS SO ORDERED.**
25
Dated: April 7, 2006
26
                                      /s/ Frank C. Damrell Jr.
27                                    FRANK C. DAMRELL JR.
                                      U.S. District Judge
28

2