Michael J. Aye,
Attorney at Law
117 J Street, Suite 202
Sacramento, California  95814
Telephone:  (916) 447-1278
SBN: 96288

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 05-305 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT STIPULATION AND REQUEST TO |
| | ) | CONTINUE HEARING AND EXCLUDE TIME |
| | ) | |
| v. | ) | |
| | ) | |
| BRUCE SHERRICK, | ) | DATE: June 19, 2006 |
| | ) | TIME: 9:30 a.m. |
| Defendants. | ) | JUDGE: Frank C. Damrell, Jr. |
| | ) | |
| _____ | ) | |

BRUCE SHERRICK, by and through his counsel, Michael Aye, and the United States Government, by and through its counsel, Laura Ferris, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of June 19, 2006 and re-set the status conference date to July 24, 2006 at 9:30 a.m.

Defense counsel has provided a hard drive to the government for a copy of the computer images in this case. Assistant U.S. Attorney Laura Ferris has caused the investigating agency to make a copy of the drive but defense counsel has been unable to take delivery of the same as he is currently in trial in Orange County and still needs to review the material so that he may adequately advise his client relative to the proposed plea agreement that has

tendered by the government.

It is further stipulated and agreed between the parties that the period beginning June 19, 2006 to July 24, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161 (h) (8) (iv) (Local Code T4) .

                                        Respectfully submitted,

                                        /s/ Michael Ave
                                        Attorney at Law
                                        Attorney for Defendant
                                        BRUCE SHERRICK

Dated: June 16, 2006

                                        MCGREGOR SCOTT
                                        United States Attorney

                                        /s/ Laura Ferris
                                        LAURA FERRIS
                                        Assistant U.S. Attorney

                                   **ORDER**

**IT IS SO ORDERED.**

Dated: June 16, 2006

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        U.S. District Judge