1 Michael J. Aye,
  Attorney at Law
2 117 J Street, Suite 202
  Sacramento, California  95814
3 Telephone:  (916) 447-1278
  SBN: 96288
4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,    )  CR. No. S 05-305 FCD
                                )
10                Plaintiff,    )
                                )  JOINT STIPULATION AND REQUEST TO
11                              )  CONTINUE HEARING AND EXCLUDE TIME
                                )
12           v.                 )
                                )
13 BRUCE SHERRICK,              )  DATE: July 24, 2006
                                )  TIME: 9:30 a.m.
14                Defendants.   )  JUDGE: Frank C. Damrell, Jr.
                                )
15 _____)

16    BRUCE SHERRICK, by and through his counsel, Michael Aye, and
17 the United States Government, by and through its counsel, Laura
18 Ferris, Assistant United States Attorney, hereby stipulate and
19 agree to vacate the previously scheduled Status Conference Date of
20 July 24, 2006 and re-set the status conference date to
21 September 11, 2006 at 9:30 a.m.
22    Defense counsel has been in trial in Orange County which
23 resulted in a mistrial and is set to be retried beginning August
24 14, 2006. The government has provided a proposed plea agreement in
25 this case which the defense feels does not completely consider the
26 unique facts of this case. Therefore, defense is in the process of
27 obtaining documentation from various sources which will then be
28 provided for the government to review. Additional time is needed to

1  obtain and provide these materials as well as discuss their
2  implications to this case.
3      It is further stipulated and agreed between the parties that
4  the period beginning July 24, 2006 to September 11, 2006, should be
5  excluded in computing the time within which the trial of the above
6  criminal prosecution must commence for purposes of the Speedy Trial
7  Act for defense preparation. All parties stipulate and agree that
8  this is an appropriate exclusion of time within the meaning of
9  Title 18, United States Code, Section 3161 (h) (8) (iv) (Local Code
10 T4) .

                                        Respectfully submitted,


                                        /s/ Michael Ave
                                        Attorney at Law
                                        Attorney for Defendant
                                        BRUCE SHERRICK

Dated: July 21, 2006

                                        MCGREGOR SCOTT
                                        United States Attorney

                                        /s/ Laura Ferris
                                        LAURA FERRIS
                                        Assistant U.S. Attorney

                            **ORDER**

    **IT IS SO ORDERED.**

Dated: July 21, 2006

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        U.S. District Judge