Michael J. Aye,
Attorney at Law
117 J Street, Suite 202
Sacramento, California  95814
Telephone:  (916) 447-1278
SBN: 96288

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 05-0305 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT STIPULATION AND REQUEST TO |
| | ) | CONTINUE HEARING AND EXCLUDE TIME |
| | ) | |
| v. | ) | |
| | ) | |
| BRUCE SHERRICK, | ) | DATE: October 16, 2006 |
| | ) | TIME: 9:30 a.m. |
| Defendants. | ) | JUDGE: Frank C. Damrell, Jr. |
| | ) | |
| _____ | ) | |

BRUCE SHERRICK, by and through his counsel, Michael Aye, and the United States Government, by and through its counsel, Laura Ferris, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of October 16, 2006 and re-set the status conference date to November 13, 2006 9:30 a.m.

The parties are attempting to negotiate a disposition in this matter and the defense needs to provide the government with additional documentation relative to its position.

It is further stipulated and agreed between the parties that the period beginning October 16, 2006 to November 13, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy

1  Trial Act for defense preparation. All parties stipulate and agree
2  that this is an appropriate exclusion of time within the meaning of
3  Title 18, United States Code, Section 3161 (h) (8) (iv) (Local Code
4  T4) .

                                          Respectfully submitted,

                                          /s/ Michael Ave
                                          Attorney at Law
                                          Attorney for Defendant
                                          BRUCE SHERRICK

Dated: October 11, 2006

                                          MCGREGOR SCOTT
                                          United States Attorney

                                          /s/ Laura Ferris
                                          LAURA FERRIS
                                          Assistant U.S. Attorney

                                               **ORDER**

**IT IS SO ORDERED.**

Dated: October 13, 2006

                                          /s/ Frank C. Damrell Jr.
                                          FRANK C. DAMRELL JR.
                                          U.S. District Judge