```
Michael J. Aye,
Attorney at Law
117 J Street, Suite 202
Sacramento, California  95814
Telephone:  (916) 447-1278
SBN: 96288
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. S 05-305 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JOINT STIPULATION AND REQUEST TO |
| | ) | CONTINUE HEARING AND EXCLUDE TIME |
| v. | ) | |
| BRUCE SHERRICK, | ) | DATE:  February 26, 2007 |
| | ) | TIME:  10:00 a.m. |
| Defendants. | ) | JUDGE: Frank C. Damrell, Jr. |
| _____ | ) | |

    BRUCE SHERRICK, by and through his counsel, Michael Aye, and the United States Government, by and through its counsel, Laura Ferris, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of February 26, 2007 and re-set the status conference date to March 12, 2007.

    The defense needs additional time to provide the government, probation, the US Marshall's office and BOP with documentation relative to defendant's medical condition. Defense counsel has been recovering from surgery and has only been back in his office full time, since February 20, 2007 and has therefore not been able to previously provide the documentation, has had been planned.

    It is further stipulated and agreed between the parties that

1  the period beginning February 26, 2007 to March 12, 2007, should be
2  excluded in computing the time within which the trial of the above
3  criminal prosecution must commence for purposes of the Speedy Trial
4  Act for defense preparation. All parties stipulate and agree that
5  this is an appropriate exclusion of time within the meaning of
6  Title 18, United States Code, Section 3161 (h) (8) (iv) (Local Code
7  T4) .

                                      Respectfully submitted,

                                      /s/ Michael Ave
                                      Attorney at Law
                                      Attorney for Defendant
                                      BRUCE SHERRICK

Dated: February 23, 2007

                                      MCGREGOR SCOTT
                                      United States Attorney

                                      /s/ Laura Ferris
                                      LAURA FERRIS
                                      Assistant U.S. Attorney

                              **ORDER**

**IT IS SO ORDERED.**

Dated: February 26 2007

                               _____
                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE