```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAURA L. FERRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2932
```



FILED

MAR 19 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIF.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:05-CR-00305 FCD |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| BRUCE SHERRICK, | |
| Defendant. | |

Based upon the plea entered by defendant Bruce Sherrick, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a) HP Pavilion CPU, serial number KR23409892 containing a Seagate 40 giga byte hard drive.

2. The above-listed property was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252(a)(4)(B).

3. The aforementioned property shall be seized and held by the

1

1 | United States Marshal Service, in its secure custody and control.
2 |     4.   a.   Pursuant to 18 U.S.C. § 2253(m)(1) and Local Rule
3 | 83-171, the United States forthwith shall publish at least once for
4 | three successive weeks in the Record Searchlight (Shasta County), a
5 | newspaper of general circulation located in the county in which the
6 | above-described property was seized, notice of this Order, notice of
7 | the Attorney General's and/or Secretary of Treasury's intent to
8 | dispose of the property in such manner as the Attorney General
9 | and/or the Secretary of Treasury may direct, and notice that any
10 | person, other than the defendant, having or claiming a legal
11 | interest in the above-listed property must file a petition with the
12 | Court within thirty (30) days of the final publication of the notice
13 | or of receipt of actual notice, whichever is earlier.
14 |          b.   This notice shall state that the petition shall be for
15 | a hearing to adjudicate the validity of the petitioner's alleged
16 | interest in the property, shall be signed by the petitioner under
17 | penalty of perjury, and shall set forth the nature and extent of the
18 | petitioner's right, title or interest in the property and any
19 | additional facts supporting the petitioner's claim and the relief
20 | sought.
21 |          c.   The United States may also, to the extent practicable,
22 | provide direct written notice to any person known to have alleged an
23 | interest in the property that is the subject of the Order of
24 | forfeiture, as a substitute for published notice as to those persons
25 | so notified.
26 |     5.   If a petition is timely filed, upon adjudication of all
27 | third-party interests, if any, this Court will enter a Final Order
28 | ///

of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

    SO ORDERED this **19th** day of **March**, 2007.

_____
FRANK C. DAMRELL, JR.
United States District Judge