1  McGREGOR W. SCOTT
   United States Attorney
2  LAURA L. FERRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2932

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:05-CR-00305 FCD |
|---|---|---|
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| BRUCE SHERRICK, | ) | |
| Defendant. | ) | |

WHEREAS, on March 20, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea entered by defendant Bruce Sherrick forfeiting to the United States the following property:

a) HP Pavilion CPU, serial number KR23409892 containing a Seagate 40 giga byte hard drive.

AND WHEREAS, on March 27, April 3 and 10, 2007, the United States published notice of the Court's Preliminary Order of Forfeiture in the Record Searchlight (Shasta County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the Court within thirty (30) days

of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Bruce Sherrick.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 15th day of May, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE