Michael J. Aye,
Attorney at Law
117 J Street, Suite 202
Sacramento, California  95814
Telephone:  (916) 447-1278
SBN: 96288

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 05-305 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT STIPULATION AND REQUEST |
| | ) | FOR TRANSPORTATION ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| BRUCE SHERRICK, | ) | |
| | ) | |
| Defendants. | ) | JUDGE: Frank C. Damrell, Jr. |
| | ) | |
| _____ | ) | |

BRUCE SHERRICK, by and through his counsel, Michael Aye, and the United States Government, by and through its counsel, Laura Ferris, Assistant United States Attorney, hereby stipulate and agree to the following facts and jointly request the court to make an order that the United States Marshals Service provide defendant Bruce Sherrick with transportation, by train, to Butner, NC so that defendant can turn himself in to the Federal Medical Facility there, as designated by the Bureau of Prisons.

AGREED UPON FACTS

1. Defendant suffers from medical condition known as lymphedema, which, according to his treating physician, makes air travel medically unadvisable.

2. That prior to defendant's turn in date, he contacted the United States Marshal's office in the Eastern District and documented his travel restrictions to that office.

3. That because of defendant's medical condition and the inability of the Marshals' to provide adequate local facilities to deal with Mr. Sherrick's special medical needs, the Marshals' Service informed Mr. Sherrick that if he attempted to surrender himself in the Eastern District the Marshals would not take him into custody.

4. That the best option for transporting Mr. Sherrick, because of his size and physical limitations, to Butner, NC, would be by train.

5. That the Marshals Service requires a court order in order to provide transportation by train, for Mr. Sherrick, to Butner, NC, but does not oppose such an order.

It is therefore respectfully requested that:

The court find that defendant is not in violation of his order to surrender to the facility designated by the Bureau of Prisons, based upon the unusual facts or this case and defendant's medical condition; and

That the Marshals Service is ordered to provide defendant with transportation to Butner, NC, by train; and that it is FURTHER ORDERED

That the Marshals Service shall notify the court within 15 days of this order of compliance with the court's transportation order so that the court can calendar this matter for further proceedings in the event that this order has not been complied with during that time or defendant has not arrived at the Bureau of

Prisons facilities at Butner, NC.

                         Respectfully submitted,


                         /s/ Michael Ave
                         Attorney at Law
                         Attorney for Defendant
                         BRUCE SHERRICK

Dated: June 8, 2007

                         MCGREGOR SCOTT
                         United States Attorney

                         /s/ Laura Ferris
                         LAURA FERRIS
                         Assistant U.S. Attorney

                            **ORDER**

    **IT IS SO ORDERED.**

Dated: June 13, 2007

                         _____
                         FRANK C. DAMRELL, JR.
                         UNITED STATES DISTRICT JUDGE