UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                  RE:    SHERRICK, Bruce
                                              Docket Number:   2:05CR00305-01
                                              **REQUEST FOR DESTRUCTION OF SEIZED PROPERTY**

Your Honor,

On April 9, 2007, Mr. Sherrick was sentenced to 63 months imprisonment with 96 months supervised release for violation of 18 USC 2252(a)(4)(B) - Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct. Mr. Sherrick was also subject to Criminal Forfeiture in Count 2, pursuant to 18 USC 2253. Standard conditions were ordered along with a $100 special assessment and $6,000 fine. Additionally, the following special conditions were ordered: Warrantless search and seizure; Computer restrictions; Association restrictions regarding minors and places where they congregate; Computer inspection; Child pornography restrictions; Telephone records disclosure; Disclose third party risk to employer; Participate in sex offender treatment; Register in jurisdiction of residence as sex offender; and Register and comply with requirements in state sex offender registration agency in state of residence, employment, vocation, or student. Lastly, DNA collection was ordered, but mandatory drug testing was waived.

Mr. Sherrick commenced supervised release within the Eastern District of California on January 20, 2012. Prior to Mr. Sherrick's release from custody, the Bureau of Prisons suspected Mr. Sherrick was involved with other inmates in possession of child pornography. Mr. Sherrick's case manager notified the probation officer that Mr. Sherrick was suspected of mailing child pornography from his location within the Bureau of Prisons to his proposed residence in Shasta Lake City, California. Since Mr. Sherrick was not under the authority of the probation officer, the probation officer notified the Federal Bureau of Investigation (FBI). The FBI responded to Mr. Sherrick's proposed location and Mr. Sherrick's mother reported that Mr. Sherrick had mailed envelopes to her residence,

RE:     SHERRICK, Bruce
        Docket Number:   2:05CR00305-01
        <u>REQUEST FOR DESTRUCTION OF SEIZED PROPERTY</u>

but she had not opened them per his instructions.  Mr. Sherrick's mother turned over the evidence to the FBI.  The FBI subsequently reviewed the evidence and determined the envelopes contained pictures of partially clothed females which appeared to be adults.  No child pornography was recovered.

Eventually, the FBI released the above indicated evidence to the probation officer.  When supervision commenced, the probation officer admonished and warned Mr. Sherrick that although the confiscated pictures were not illegal, they were considered incompatible with the rules of the sex offender treatment program.  Mr. Sherrick agreed that he would abstain from possession of such material while on supervised release.

Considering Mr. Sherrick's possession of the seized pictures would be incompatible with the rules of his sex offender treatment program, it is recommended the Court approve the probation officer's request to destroy the material.

Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**Senior United States Probation Officer**

Dated:    September 19, 2012
          Redding, California
          RCW:aph

                          /s/ Kyriacos M. Simonidis
**REVIEWED BY:**        _____
                        **KYRIACOS M. SIMONIDIS**
                        **Supervising United States Probation Officer**

**RE:   SHERRICK, Bruce
      Docket Number:   2:05CR00305-01
      <u>REQUEST FOR DESTRUCTION OF SEIZED PROPERTY</u>**

cc:   Laura L. Ferris
      Assistant United States Attorney

      Michael Aye
      Appointed Defense Counsel

_____

AGREE:   _____X_____          DISAGREE:   _____

/s/ John A. Mendez                                       9/20/2012
**JOHN A. MENDEZ**                                       DATE
United States District Court Judge